[No. 239-3.    Division Three.    June 18, 1971.]

WILLIS J. NICHOLS *et al., Respondents,* v. HARRY LOPEMAN
*et al., Appellants.*

Appeal from a judgment of the Superior Court for Grant County, No. 18437, B. J. McLean, J., entered March 20, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 241-3.    Division Three.    July 8, 1971.]

THE STATE OF WASHINGTON, *Respondent,* v. CARLTON BROWN,
*Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 15803, Lloyd L. Wiehl, J., entered June 17, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 117-3.    Division Three.    July 9, 1971.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH DANIEL
WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 19370, John J. Lally, J., entered November 7, 1969. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 461-41655-2, 462-41737-2.    Division Two.    July 12, 1971.]

THE STATE OF WASHINGTON, *Respondent,* v. BILL MONROE
STUART *et al., Appellants.*

Appeal from a judgment of the Superior Court for Thurston County, No. C-3698, Charles T. Wright, J., entered June 15, 1970 and July 1, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.